FREDERICK M. GRANT ET AL. *v.* ZONING COMMISSION
OF THE CITY OF ANSONIA ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas for the judicial district of Ansonia-Milford is denied.

*Edward J. Donahue,* in support of the petition.
*James C. Lyons,* in opposition.

Submitted March 15—decided April 5, 1977

STATE OF CONNECTICUT *v.* JOHN ROSSIER

STATE OF CONNECTICUT *v.* GERALD ROSSIER

The "Defendants' Motion to Include New Ruling in Pending Appeal" from the Superior Court in Hartford County is denied.

*Herbert Watstein,* in support of the motion.

Submitted March 21—decided April 5, 1977

HARTFORD NATIONAL BANK AND TRUST COMPANY
*v.* PAUL DIFAZIO ET AL.

The defendants' motion for a review of the order by the trial court terminating a stay of execution in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*Lucien P. DiFazio, Jr.,* in support of the motion.